Form 210A (10/06)

# United States Bankruptcy Court

_Northern District of Texas _____

In re RAUL AGULAR and GUADALUPE AGULAR Case#08-70512

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ___Santander Consumer USA inc._____ | ___ HSBC_____ |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: PO Box 560284
Dallas, TX 75356-0284

Court Claim # (if known):  8-1
Amount of Claim:  $9,484.00
Date Claim Filed:  01/15/2009

Phone: 888-437-4846
Last Four Digits of Acct #: ___

Phone:  888-437-4846
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above): Santander Consumer USA Inc
P.O. Box 660633
Dallas, TX 75266

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:___/s/ Shamira Carter_____          Date:_____12/07/2010_____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.